UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 3:20-cr-115

vs.

ANTWANE COCHRAN,                   District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) MAKING AN ENDS OF JUSTICE FINDING; (2) SEALING THE TRANSCRIPT OF TODAY'S HEARING; AND (3) SETTING THIS CASE FOR A STATUS CONFERENCE ON APRIL 19, 2021**

---

        This criminal case came before the Court for a telephone status conference on April 14, 2021 at 10:00 a.m.  Attorneys Nicholas Dingeldein and Alan Gabel participated. Counsel discussed the need for a sanity and/or competency evaluation for the Defendant. A call was scheduled for counsel to inform the Court who is going to perform that evaluation. If a transcript of today's hearing is transcribed, it shall be sealed.  By agreement of counsel for both sides, this case is set for a status conference on **4/19/2021 at 4:00 p.m**. Counsel shall call: 1-888-278-0296, enter access code 2725365, security code 123456, and wait for the Court to join the conference.

        The Court finds, after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(B), that the ends of justice are served by continuing this matter until the receipt of the medical report from the sanity and/or competency evaluation.  Failure to grant such a continuance would deny counsel for the parties the reasonable time necessary for effective preparation, deprive the Defendant of the opportunity to fully address his concerns with his attorney, and may ultimately lead to a miscarriage of justice.  Accordingly, without objection by the parties, the time from April 12, 2021 until the receipt of the medical report following the competency evaluation is excluded in

computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial.

    **IT IS SO ORDERED.**

Date:  April 14, 2021　　　　　　　　　　　　　　 s/ Michael J. Newman　　　　　
                                                                                            Hon. Michael J. Newman
                                                                                            United States District Judge